**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 2:25-cr-69 |
| | ) | |
| SHYWANNA DEAR, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

This matter is before me on the findings and recommendation of Magistrate Judge Andrew P. Rodovich relating to defendant Shywanna Dear's decision to plead guilty to Count 4 of the indictment pursuant to Rule 11 of the Federal Rules of Criminal Procedure.  [DE 21, 27.]  Following a hearing held on the record on June 24, 2026 [DE 27], Judge Rodovich found that defendant understands the charges, her rights, and the maximum penalties; that defendant is competent to plead guilty; that there is a factual basis for defendant's plea; and that the defendant knowingly and voluntarily entered into her decision to enter a plea of guilty to Count 4 of the indictment charging her with wire fraud in violation of 18 U.S.C. § 1343.  Judge Rodovich recommends that the Court accept defendant's plea of guilty and proceed to impose sentence.  More than 14 days have passed and no timely objections were filed.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning defendant Shywanna Dear's plea of guilty, the Court hereby **ADOPTS** the

findings and recommendation [DE 27] in their entirety.

Defendant, Shywanna Dear, is adjudged GUILTY of Count 4 of the indictment.

The sentencing hearing is HEREBY SET for October 13, 2026, at 9:30 a.m.

Hammond/Central time.

SO ORDERED.

ENTERED: July 31, 2026.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT